AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Charles O'Bryant, Lee Parker, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.    2:21-cv-03501-BHH |
| Flowers Foods Inc., Derst Baking Company LLC, | ) |
| *Defendant(s)* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:  Plaintiffs, Charles O'Bryant and Lee Parker, shall take nothing of Defendants, Flowers Foods Inc. and Derst Baking Company LLC, as to the complaint filed pursuant to 29 U.S.C. § 201 .

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date:    September 21, 2022                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                          s/H.Cornwell

                                                                 *Signature of Clerk or Deputy Clerk*